# RETURN

☒ FILED  ☐ LODGED
**Feb 07 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 23-01419MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-7-23 | 2-7-23 12:12 PM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

W. AKINS / A. ATAYDE

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

PACKAGING MATERIAL

540 grams of Marijuana

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2-7-23

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title